# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 250 |
| | : | |
| ORDER AMENDING | : | APPELLATE PROCEDURAL RULES |
| RULE 1513 OF THE | : | |
| PENNSYLVANIA RULES OF | : | DOCKET |
| APPELLATE PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2014, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published before adoption at 44 Pa.B. 2052 (April 5, 2014):

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Appellate Procedure 1513 is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendment herein shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and in brackets.